**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Herbert Breckenridge PORTER,**
**Defendant–Appellant.**

No. 02–10076.
D.C. No. CR–00–00086–KJD.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 13, 2003.*

Decided Jan. 16, 2003.

Before BEEZER, KLEINFELD and PAEZ, Circuit Judges.

MEMORANDUM **

Herbert Breckenridge Porter appeals from his guilty plea conviction and 180–month sentence imposed for attempted manufacturing of a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846, and carrying a firearm during and in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Porter's counsel has filed a brief stating that there are no arguable issues for review, and a motion to withdraw as counsel of record. Porter has not filed a pro se supplemental brief.

In the plea agreement, Porter waived his right to appeal the conviction and sentence. Having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we are satisfied that the plea agreement, including the waiver of the right to appeal, was entered knowingly and voluntarily. *United States v. Aguilar–Muniz*, 156 F.3d 974, 976 (9th Cir.1998). We therefore enforce the waiver, grant the motion to withdraw, and dismiss the appeal.

Counsel's motion to withdraw is **GRANTED**, and the appeal is **DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.